## HARRIS versus STURTEVANT.

In order to prove, by a deposition, the contents of a paper in the hands of the adversary party, it is not requisite that notice to produce should be given to him prior to the *taking of the deposition*.

The deposition will be admissible, if the notice to produce be given a reasonable time before the trial.